FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP - 4 2013

JAMES N. HATTEN, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAWAYOLANDA HARTLEY

    Plaintiff

v.

ATLANTA AIRPORT HOTEL LLC and
FAHIM SHAH

    Defendants

CIVIL ACTION NO.
1:13-CV-652-ODE

ORDER

This civil action was filed on February 28, 2013 and summons issued. A Waiver of Service was filed on June 20, 2013 and since that time no action has taken place. IT IS THEREFORE

ORDERED that Plaintiff shall file any and all appropriate motions to dispose of this action within 20 days. The Clerk is directed to resubmit the file in 20 days.

SO ORDERED, this __4__ day of September, 2013.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE