IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAWAYOLANDA HARTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No.1:13-CV-00652 ODE |
| ) | |
| ATLANTA AIRPORT ) | |
| HOTEL, LLC, and FAHIM ) | |
| SHAH, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR CONSENT JUDGMENT

COMES NOW, the Plaintiff Shawayolanda Hartley, by and through her undersigned counsel, and the Defendant Atlanta Airport Hotel, LLC, by and through its undersigned counsel, who files this Motion for Consent Judgment and shows as follows:

The Plaintiff's complaint alleging violations of the Family Medical Leave Act and the Fair Labor Standards Act was filed on February 28, 2013. The summons and complaint were served on the Defendants pursuant to Rule 4(d). The Defendants' have not filed answers to the complaint.

On April 5, 2013, the Superior Court of Fulton County, Judge Robert C. McBurney entered an order placing the Defendant Atlanta Airport Hotel, LLC in receivership (the "Receivership Order"). Copies of relevant excerpts from the

1

Receivership Order are attached as Exhibit "1". The receiver is AMREX Receivers, LLC, Chris Hice acting as its agent. (Exhibit "1" at p. 1). Section 20 of the Receivership Order provides: "Suits. The receiver shall be authorized to institute and to prosecute all suits that the Receiver, upon obtaining permission of the Court, may reasonably believe to be necessary in connection with the operation of the Receivership Property, **and to defend all such suits and actions as may be instituted against the Receivership Property or the Receiver.**" (Emphasis supplied).

The receiver, acting on behalf of Defendant Atlanta Airport Hotel, LLC, deems it to be in the best interest of the Defendant and the Receivership Property to consent to a judgment in the above styled action as set forth below.

1.

Judgment shall be entered in favor of Plaintiff Shawayolanda Hartley against Defendant Atlanta Airport Hotel, LLC in the amount of Twenty Thousand Dollars ($20,000.00).

2.

The Plaintiff shall record its judgment and cause a writ of fi.fa. to be issued constituting a lien on the real property of the Defendant located at 5010 Old National Highway, College Park, 30349 in Fulton County, Georgia (the "Property").

3.

The Plaintiff will not institute garnishment proceedings against the Defendant Atlanta Airport Hotel, LLC's financial accounts or accounts receivable so long as the receivership order is in effect, but shall instead look solely to the Property and the proceeds of any sale of the Property for satisfaction of its judgment.

4.

The judgment shall bear interest at the legal rate until paid.

5.

Upon the sale of the Property through the receivership, the Plaintiff shall be paid $20,000.00 in full satisfaction of its judgment out of the sale proceeds, with all accrued interest being waived.  If the receivership is dissolved without the sale of the Property having taken place, the Plaintiff shall be entitled to collect all accrued post judgment interest in addition to the face amount of the judgment, against any asset of the Defendant Atlanta Airport Hotel, LLC.

6.

The Plaintiff's claims against Fahim Shah shall be dismissed without prejudice.  Upon the satisfaction of the judgment as set forth herein, Defendant

Fahim Shah shall be fully and completely released and discharged from any liability for the acts alleged in the complaint.

This 23rd day of September, 2013.

                                        THE SHARMAN LAW FIRM LLC

                                        _____/S/_____
                                        PAUL J. SHARMAN
                                        (*With express permission*)
                                        Georgia Bar No. 227207
                                        COUNSEL FOR PLAINTIFF

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA  30022
Phone: (678) 242-5297
Fax:  (678) 802-2129
Email: paul@sharman-law.com

                                        _____/S/_____
                                        JAMES B. McCLUNG
                                        Georgia Bar Number 483678

                                        Attorney for Defendant Atlanta Airport Hotel, LLC

CAROL CLARK LAW
6075 Lake Forrest Drive, Suite 200
Atlanta, Georgia 30328
404-250-3300 (Telephone)
404-250-3306 (Facsimile)
Brad@CarolClarkLaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day mailed a true and correct copy of the Motion for Consent Judgment and proposed Consent Order and Judgment by placing a true and correct copy with pre-paid postage in the United States mail addressed as follows:

Paul J. Sharman, Esq.
The Sharman Law Firm, LLC
11175 Cicero Dr., Ste. 100
Alpharetta, GA 30022

This 23rd day of September, 2013.

             /S/
            JAMES B. McCLUNG
            Georgia Bar Number 483678

            Attorney for Defendant Atlanta Airport Hotel, LLC

CAROL CLARK LAW
6075 Lake Forrest Drive, Suite 200
Atlanta, Georgia 30328
404-250-3300 (Telephone)
404-250-3306 (Facsimile)
Brad@CarolClarkLaw.com