IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

UNITED CENTRAL BANK,                    *
                                        *
          Plaintiff,                    *        Case No. 2013 CV 228938
                                        *
VS.                                     *
                                        *
ATLANTA AIRPORT HOTEL, LLC
and the UNITED STATES OF
AMERICA                                 *
                                        *
          Defendants.                   *



FILED IN OFFICE

APR 0 5 2013

DEPUTY CLERK SUPERIOR COURT
FULTON COUNTY, GA

## CONSENT ORDER APPOINTING RECEIVER

The Plaintiff's Motion for Appointment of Receiver (the "Motion") having

been read and considered, together with the pleadings and all matters of record,

IT IS HEREBY ORDERED AND ADJUDGED that the Motion is

GRANTED and that AMREX Receivers, LLC, with Chris Hice acting as its agent,

is appointed as Receiver (the "Receiver") in the above-styled action of the

Property described below, subject to the direction of this Court and to the

following terms and conditions:

### Description of the Property

The property that is the subject of this Order and the receivership is the

real property, commonly known as 5010 Old National Highway, College Park,

Fulton County, Georgia, 30349, and more particularly described in Exhibit "A"

attached hereto, along with all improvements, furniture, fixtures, equipment,

cash, deposit accounts, chattel paper, contracts, agreements, and other property

of the Defendant Atlanta Airport Hotel, LLC (the "AAH") used in connection with

the operation of the real property and all business conducted thereon of which

AAH has possession (the "Receivership Property").  The real and personal



EXHIBIT          1

_____|_____

18.    Execution of Documents:  The Receiver shall have the authority to execute, in the name of AAH, any document reasonably necessary for the Receiver to perform its duties, and this Order shall operate as a power of attorney in favor of the Receiver in connection therewith. The Receiver may, at its discretion, execute all documents in its name or in the name of the Receivership Estate. This shall include the right to receive and endorse checks pertaining to the Receivership Property either in the Receiver's name or in the name of AAH.

19.    The receiver shall be authorized to rent or to lease any part of the Receivership Property (including, individual units or habitations in or at the Property).

20.    Suits: The receiver shall be authorized to institute and to prosecute all suits that the Receiver, upon obtaining permission of the Court, may reasonably believe to be necessary in connection with the operation of the Receivership Property, and to defend all such suits and actions as may be instituted against the Receivership Property or the Receiver.

21.    Licenses and Permits:  The Receiver shall have the power to take possession of all licenses, permits or other government-issued documents necessary for the continued operation of the Receivership Property.  This shall include, without limitation, any liquor license that permits alcohol to be served, even if the license/permit is not issued in the name of AAH. If the issuing agency requires that the Receiver apply for a new license, permit, or other document, the Receiver shall have the power to continue to operate under the current permit until the new one is issued to ensure no disruption of service occurs.  The Receiver shall have the power to obtain and to pay for any licenses or permits

11

CONTEMPT

The terms of this Order may be enforced through a motion for contempt.

SO ORDERED, this ___5___ day of ___Apr___, 2013.

_____
Robert C. McBurney, Judge
Fulton County Superior Court

Prepared by:

Grace Evans Lewis
Georgia State Bar No. 252200
Attorney for ~~Defendant~~ *Plaintiff*
United Central Bank

CONSENTED TO:

_____
Grace Evans Lewis
Georgia State Bar No. 252200
Attorney for Defendant
United Central Bank

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

_____ *w/express permission*
Darcy F. Coty
Assistant United States Attorney
Georgia State Bar No. 259280
Attorney for the United States of America

ATLANTA AIRPORT HOTEL, LLC,

a Georgia limited liability company

By:  ATLANTA AIRPORT HOTEL MANAGEMENT, LLC,
     its sole Manager

By:  _____
     Fahim Shah, Sole Member of Atlanta Airport Hotel Management, LLC

24