FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP 26 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAWAYOLANDA HARTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Civil Action No.1:13-CV-00652 ODE |
| ) | |
| ATLANTA AIRPORT ) | |
| HOTEL, LLC, and FAHIM ) | |
| SHAH, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER AND JUDGMENT

The Plaintiff Shawayolanda Hartley and the Defendant Atlanta Airport Hotel, LLC filed a Motion for Consent Judgment in the above matter. The Plaintiff's complaint alleging violations of the Family Medical Leave Act and the Fair Labor Standards Act was filed on February 28, 2013. The summons and complaint were served on the Defendants pursuant to Rule 4(d). The Defendants' have not filed answers to the complaint.

On April 5, 2013, the Superior Court of Fulton County, Judge Robert C. McBurney entered an order placing the Defendant Atlanta Airport Hotel, LLC in receivership (the "Receivership Order"). The Receivership Order names AMREX Receivers, LLC, Chris Hice acting as its agent as the Receiver. The Receivership

1

Order authorizes the Receiver to prosecute and defend law suits involving the property of the receivership. The receiver, acting on behalf of Defendant Atlanta Airport Hotel, LLC, deems it to be in the best interest of the Defendant and the Receivership Property to consent to a judgment in the above styled action as set forth below.

THEREFORE, IT IS HEREBY ORDERED that the Motion for Consent Judgment is Granted.

1.

Judgment shall be entered in favor of Plaintiff Shawayolanda Hartley against Defendant Atlanta Airport Hotel, LLC in the amount of Twenty Thousand Dollars ($20,000.00).

2.

The Plaintiff shall record its judgment and cause a writ of fi.fa. to be issued constituting a lien on the real property of the Defendant located at 5010 Old National Highway, College Park, 30349 in Fulton County, Georgia (the "Property").

3.

The Plaintiff will not institute garnishment proceedings against the Defendant Atlanta Airport Hotel, LLC's financial accounts or accounts receivable so long as the receivership order is in effect, but shall instead look solely to the

Property and the proceeds of any sale of the Property for satisfaction of its judgment.

4.

The judgment shall bear interest at the legal rate until paid.

5.

Upon the sale of the Property through the receivership, the Plaintiff shall be paid $20,000.00 in full satisfaction of its judgment out of the sale proceeds, with all accrued interest being waived. If the receivership is dissolved without the sale of the Property having taken place, the Plaintiff shall be entitled to collect all accrued post judgment interest in addition to the face amount of the judgment, against any asset of the Defendant Atlanta Airport Hotel, LLC.

6.

The Plaintiff shall file a dismissal without prejudice of her claims against Fahim Shah within ten (10) days from the entry of this Order. Upon the satisfaction of the judgment as set forth herein, Defendant Fahim Shah shall be fully and completely released and discharged from any liability for the acts alleged in the complaint.

SO ORDERED, this 25 day of September, 2013.

3

_____
Honorable Orinda D. Evans
Senior Judge, United States District Court

Prepared and Presented by:

____/s/_____
James B. McClung, Esq.
Attorney for AMREX Receivers, LLC, Chris Hice, its Agent
Receiver for Atlanta Airport Hotel, LLC
Georgia State Bar No. 483678

CAROL CLARK LAW
6075 Lake Forrest Drive, Suite 200
Atlanta, Georgia 30328
404-250-3300 (Telephone)
404-250-3306 (Facsimile)
Brad@CarolClarkLaw.com

Consented to by:

THE SHARMAN LAW FIRM LLC

_____/S/_____
PAUL J. SHARMAN
(*With express permission*)
Georgia Bar No. 227207
COUNSEL FOR PLAINTIFF

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA  30022
Phone: (678) 242-5297
Fax:  (678) 802-2129
Email: paul@sharman-law.com

4

## DISTRIBUTION LIST

David LaGuardia and Jane Pitts LaGuardia, Pro Se
125 Highlands Point
Newnan, GA 30265

James G. Baker
Chapter 7 Trustee
JAMES G. BAKER, P.C.
305 North Greenwood Street
LaGrange, GA 30240

United States Trustee
Attention: R. Jeneane Treace
362 Russell Federal Building
75 Spring St. SW
Atlanta, GA 30303
Jeneane.treace@usdoj.gov