IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAWAYOLANDA HARTLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | |
| ATLANTA AIRPORT HOTEL LLC and ) | |
| FAHIM SHAH ) | NO.: 1:13-CV-00652-ODE |
| ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

COMES NOW Plaintiff Shawayolanda Hartley, and affirms that the judgment entered against Defendant in this action on September 25, 2013 in the amount of $20,000 has been fully satisfied.

**THE SHARMAN LAW FIRM LLC**

/s/ Paul J. Sharman
PAUL J. SHARMAN
Georgia State Bar No. 227207

The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

Counsel for Plaintiff

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAWAYOLANDA HARTLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | |
| ATLANTA AIRPORT HOTEL LLC and | ) | |
| FAHIM SHAH | ) | NO.: 1:13-CV-00652-ODE |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that the foregoing document has been prepared in Times New Roman (14 point) and fully complies with the font and point selection requirements of LR 5.1(B), NDGa., and that I have this date filed the Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to all attorney(s) of record.

/s/ Paul J. Sharman